Commonwealth *v.* Smith, Appellant.

Submitted March 19, 1973. *Robert A. Newman,* for appellant; *James J. Wilson, James T. Ranney* and *Milton M. Stein,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Talotta, Appellant.

Argued March 27, 1973. *A. A. Guarino,* for appellant; *F. Ned Hand,* Assistant District Attorney, with him *William H. Lamb,* District Attorney, for Commonwealth, appellee.

Order affirmed.